IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID L KING,

    Plaintiff,

v.                                        CASE NO. 4:11-cv-00011-MP -GRJ

DEPARTMENT OF CORRECTIONS, GILO, E HAND,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 15, Report and Recommendation of the Magistrate Judge, which recommends that this case be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted. Plaintiff has not objected to the recommendation, and the time for doing so has passed. Plaintiff does have a pending motion for extension of time to amend the complaint to add the first names of the Defendants. However, the proposed amendment would not alter the disposition of this case. Finding no plain error, it is accordingly

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge, Doc. 15, is ADOPTED and incorporated herein.

    2.    Plaintiff's amended complaint, Doc. 4, is DISMISSED.

    **DONE AND ORDERED** this  *17th* day of May, 2011

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge